

# United States District Court
# Northern District of Illinois

In the Matter of

Zhihan Wang

District Judge Sharon Johnson Coleman

v.

Case No. 23-CV-4760

PDD Holdings Inc. et al

Designated Magistrate Judge<br/>Beth W. Jantz

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

   In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Mary M. Rowland  to be related to 23-cv-4729 which is pending on my calendar.  Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____

**Judge Sharon Johnson Coleman**

Date: Thursday, October 26, 2023

---

## ORDER OF THE EXECUTIVE COMMITTEE

   IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Sharon Johnson Coleman

## ENTER

## FOR THE EXECUTIVE COMMITTEE

_____

**Chief Judge Rebecca R. Pallmeyer**

Dated:Thursday, October 26, 2023